```
1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000
5
6
            IN THE UNITED STATES DISTRICT COURT FOR THE
7
                     EASTERN DISTRICT OF CALIFORNIA
8
9
10
11 UNITED STATES OF AMERICA,       )
                                   ) Case NO. 1:11-CR-392 AWI
12              Plaintiff,         )
                                   ) REQUEST TO UNSEAL INDICTMENT
13      v.                         )
                                   )
14                                 )
   MICHAEL CHARLES,                )
15                                 )
                Defendant.         )
16                                 )
                                   )
17
18
19      The arrest warrant in the above-captioned proceeding was
20 executed on November 14, 2011.  As a result, there is no need for the
21 indictment to remain under seal.  Accordingly, the United States asks
22 that the Court order that the indictment be unsealed.
23
24                                 BENJAMIN B. WAGNER
                                   United States Attorney
25
26
   Date: November 15, 2011         /s/ Elana S. Landau
27                                 By: Elana S. Landau
                                   Assistant United States Attorney
28
```

1

1 BENJAMIN B. WAGNER
  United States Attorney
2 ELANA S. LANDAU
  Assistant U.S. Attorney
3 2500 Tulare Street
  Fresno, California 93721
4 Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No: 1:11-CR-391 AWI |
|---|---|
| Plaintiff, | ) |
| | ) ORDER TO **UNSEAL** INDICTMENT |
| v. | ) |
| | ) |
| MICHAEL CHARLES, | ) |
| | ) |
| Defendant. | ) |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the indictment in the above-captioned proceeding be and is hereby unsealed.

Date: 11/15 , 2011

Honorable Jennifer L. Thurston
United States Magistrate Judge

2