| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant |
| | MICHAEL DESHAWN CHARLES |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:11-cr-0392 AWI |
|---|---|---|
| | ) | |
| *Plaintiff,* | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE AND |
| v. | ) | ORDER THEREON |
| | ) | |
| MICHAEL DESHAWN CHARLES, | ) | Date: March 12, 2012 |
| | ) | Time: 10:00 a.m. |
| *Defendant.* | ) | Judge: Hon. Anthony W. Ishii |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELANA S. LANDAU, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Michael Deshawn Charles, that the date for status conference may be continued to March 12, 2012, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is February 27, 2012. The requested new date is March 12, 2012 at 10:00 a.m.**

The parties are engaged in plea negotiations that will likely result in a resolution of the case. This continuance is requested to allow time for additional investigation and further negotiations.

///

///

///

1     The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                                                    BENJAMIN B. WAGNER
                                                    United States Attorney

DATED: February 23, 2012             By /s/ Elana S. Landau
                                                      ELANA S. LANDAU
                                                        Assistant United States Attorney
                                                        Attorney for Plaintiff

                                                     DANIEL J. BRODERICK
                                                     Federal Defender

DATED: February 23, 2012             By /s/ Eric V. Kersten
                                                       ERIC V. KERSTEN
                                                     Assistant Federal Defender
                                                     Attorney for Defendant
                                                     MICHAEL DESHAWN CHARLES

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   February 23, 2012

                                                    CHIEF UNITED STATES DISTRICT JUDGE

Charles: Stipulation to Continue Status Conference             2