DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHAEL DESHAWN CHARLES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:11-cr-0392 AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS ) CONFERENCE AND |
| v. | ) ORDER THEREON |
| MICHAEL DESHAWN CHARLES, | ) Date: April 23, 2012 ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELANA S. LANDAU, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Michael Deshawn Charles, that the date for status conference may be continued to April 23, 2012, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is March 26, 2012. The requested new date is April 23, 2012 at 10:00 a.m.**

The parties are engaged in plea negotiations that will likely result in a resolution of the case. This continuance is requested to allow time for additional investigation and further negotiations.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: March 22, 2012     By /s/ Elana S. Landau
ELANA S. LANDAU
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: March 22, 2012     By /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
MICHAEL DESHAWN CHARLES

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: March 22, 2012

CHIEF UNITED STATES DISTRICT JUDGE