1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )    1:11-CR-00392-AWI-DLB
                                     )
12                   Plaintiff,      )    PRELIMINARY ORDER OF FORFEITURE
                                     )
13                        v.         )
                                     )
14  MICHAEL DESHAWN CHARLES,         )
                                     )
15                   Defendant.      )
                                     )
16  _____ )

17      Based upon the plea agreement entered into between plaintiff

18  United States of America and defendant Michael Deshawn Charles, it is

19  hereby ORDERED, ADJUDGED, AND DECREED as follows:

20      1.   Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c),

21  defendant Michael Deshawn Charles' interest in the following property

22  shall be condemned and forfeited to the United States of America, to

23  be disposed of according to law:

24          a.   Glock, Model 23, semi-automatic pistol with
                 the serial number removed, and
25
            b.   62 rounds of Miscellaneous 40 caliber
26               ammunition.

27      2.   The above-listed property constitutes firearms and

28  ammunition involved in or used in a knowing violation of 18 U.S.C. §

1  924(c).

2        3.    Pursuant to Rule 32.2(b), the Attorney General (or a

3  designee) shall be authorized to seize the above-listed property.

4  The aforementioned property shall be seized and held by the Federal

5  Bureau of Investigation in their secure custody and control.

6        4.    a.    Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C.

7  § 853(n), and Local Rule 171, the United States shall publish notice

8  of the order of forfeiture.  Notice of this Order and notice of the

9  Attorney General's (or a designee's) intent to dispose of the

10  property in such manner as the Attorney General may direct shall be

11  posted for at least 30 consecutive days on the official internet

12  government forfeiture site www.forfeiture.gov.  The United States may

13  also, to the extent practicable, provide direct written notice to any

14  person known to have alleged an interest in the property that is the

15  subject of the order of forfeiture as a substitute for published

16  notice as to those persons so notified.

17            b.    This notice shall state that any person, other than

18  the defendant, asserting a legal interest in the above-listed

19  property, must file a petition with the Court within sixty (60) days

20  from the first day of publication of the Notice of Forfeiture posted

21  on the official government forfeiture site, or within thirty (30)

22  days from receipt of direct written notice, whichever is earlier.

23        5.    If a petition is timely filed, upon adjudication of all

24  third-party interests, if any, this Court will enter a Final Order of

25  ///

26  ///

27  ///

28  ///

Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c),

in which all interests will be addressed.

IT IS SO ORDERED.

Dated:     October 5, 2012                    _____

CHIEF UNITED STATES DISTRICT JUDGE