1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  MICHAEL DESHAWN CHARLES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:11-CR-00392 AWI-DLB-1 |
|---|---|---|
| *Plaintiff*, | ) | STIPULATION TO ADVANCE SENTENCING AND ORDER THEREON |
| v. | ) | |
| MICHAEL DESHAWN CHARLES | ) | Date: November 5, 2012 |
| *Defendant*. | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Anthony W. Ishii |

**STIPULATION**

It is hereby stipulated by and among the parties that **the sentencing hearing in the above-entitled matter now set for November 26, 2012, may be advanced to November 5, 2012, at 10:00 a.m.**

Defendant, Michael Deshawn Charles, has received and reviewed the Advisory Guideline Presentence Investigation Report (PSR) prepared by the United States Probation Office and there are no disputed sentencing issues. The sentence recommended in the PSR is consistent with the jointly recommended sentence in the plea agreement of the parties. Because there is nothing more to be done prior to sentencing, defendant Michael Charles requests that the sentencing date be advanced to Monday, November 5, 2012, in order to bring finality to this matter and to minimize the amount of time spent in the Fresno County Jail. AUSA Elana S. Landau has no objection to this request.

///

The parties agree that advancing the sentencing date in this matter will further the ends of justice.

BENJAMIN B. WAGNER
United States Attorney

DATED: October 31, 2012  By: /s/ Elana S. Landau
ELANA S. LANDAU
Assistant U.S. Attorney
Attorneys for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: October 31, 2012  By: /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorneys for Defendant
MICHAEL DESHAWN CHARLES

**ORDER**

IT IS SO ORDERED.

Dated: October 31, 2012

CHIEF UNITED STATES DISTRICT JUDGE